## IN THE MATTER OF THE ESTATE OF JOHN T. BAKER, JR.

### No. 2295.

ARGUED FEBRUARY 15, 1938.          DECIDED FEBRUARY 23, 1938.

COKE, C. J., BANKS AND PETERS, JJ.

*Per Curiam.* On application of appellants for a rehearing the court has reopened the above case and reconsidered that portion of the former opinion filed herein, *ante*, p. 263, which holds that "The report and findings of the master constituted a *prima facie* showing of the correctness of the items in issue." At the rehearing the question was argued and written memoranda of authorities submitted. Nothing has been presented which causes us to doubt the correctness of our views heretofore expressed or to warrant us in receding from our former opinion.

The opinion heretofore filed herein will therefore be adhered to and the cause will accordingly be remanded to the circuit court and it is so ordered.

*H. Irwin* of the firm of *Irwin & Harlocker* for appellants.

*M. K. Ashford* for appellee, appeared but did not argue.